UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Richard Allen Dalton,

        Plaintiff,

v.

Deputy Lisa Hansford,

        Defendant.

Civil No. 11-2757 (SRN/JJG)

**ORDER ON REPORT
AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation are **ADOPTED**; and

2. Defendant's Motion for Summary Judgment (ECF No. 37) is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: February 8, 2013        s/Susan Richard Nelson
                                        SUSAN RICHARD NELSON
                                        United States District Judge